UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMENIC JARELLE BETTS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>LISA TERRONEZ,<br><br>　　　　　　　Defendants. | Case No.: 25-cv-1296-JES-DDL<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[Dkt. No.15]** |

On September 15, 2025, Defendant filed an *Ex Parte* Motion for Extension of Time to Respond to Plaintiff's Complaint. Dkt. No. 15. Defendant seeks to continue the September 16, 2025 deadline for responding to Plaintiff's complaint by thirty days. *Id.* at 1. In support, Defendant states that there is good cause for her request because "the documents needed to complete a preliminary investigation of Plaintiff's claims have not yet been received by defense counsel, including Plaintiff's relevant administrative grievances and appeals [and] [w]ithout these documents, Defendant Terronez is unable to fully refresh her recollection, if any, of the events at issue in this case or to meaningfully address Plaintiff's claims." *Id.* at 2; *see also* Declaration of Anne M. Kammer in Support of Defendant's *Ex Parte* Motion for Extension of Time to Respond to Plaintiff's Complaint at ¶ 3.

Defendant notes that this is her first request for an extension of time and that she does not believe that the request will prejudice Plaintiff or significantly impact the progress of the case.[1] *Id.* at 2-3.

Good cause appearing, Defendant's motion is **GRANTED**. Defendant must respond to Plaintiff's Complaint on or before **October 16, 2025**.

**IT IS SO ORDERED.**
Dated: September 17, 2025

*David Leshner*

Hon. David D. Leshner
United States Magistrate Judge

---

[1] Defense counsel was unable to meet and confer with Plaintiff prior to the filing of the instant motion "[d]ue to Plaintiff's recent transfer between institutions, [her] recent assignment to this matter, and the intervening holiday." Declaration of Anne M. Kammer in Support of Defendant's *Ex Parte* Motion for Extension of Time to Respond to Plaintiff's Complaint at ¶ 5.